# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-5042
Owner: Felipe Adan Alvarez, et al
Acres: 0.720

**BEING** a 0.720 acre tract (31,365 square feet) parcel of land, more or less, being out of a called 4.41 acre tract, recorded in Document No's. 2014-320106 and 1959-51053, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Felipe Adan Alvarez and Maria Luisa R. Arredondo, said tract being a part of Share 21-A, Porcion 71, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, said 0.720 acre tract (31,365 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a 1/2" rebar having a coordinate value of N=16665334.988, E=846017.855, said point being on the east line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract, the east line of said Share 21-A, the west line of a called called 7.707 acre tract, recorded in Document No's. 2003-232405 and 1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Patricia Barrera De Fierros and Adan Muniz and the west line of Share 20, Porcion 71;

**THENCE:** N 17°53'12" E, along the east line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract, the east line of said Share 21-A, the west line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the west line of said Share 20, a distance of 320.40 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5042-1=RGV-RGC-5043-1" for the **POINT OF BEGINNING**, said point having a coordinate value of N=16665639.903, E=846116.262, said point being the southeast corner of the herein described proposed acquisition tract, said point also being S 86°18'09" W, a distance of 299.18 feet from United States Corps of Engineers Control Point No. SS10-2019 ("B&F Engineering, Inc." aluminum cap in concrete);

**SCHEDULE C (cont.)**

**THENCE:** N 44°42'59" W, departing the east line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract, the east line of said Share 21-A, the west line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the west line of said Share 20, over and across said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract and said Share 21-A, a distance of 156.82 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5042-2=RGV-RGC-5081-4" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract and the east line of a called 3.85 acre tract, recorded in Document No's. 2009-286770 and 1959-51053, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Eva Alvarez and Maria Luisa R. Arredondo;

**THENCE:** N 17°53'03" E, along the west line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract and the east line of said Eva Alvarez and Maria Luisa R. Arredondo tract, a distance of 225.27 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5042-3=RGV-RGC-5081-3" for the northwest corner of the herein described proposed acquisition tract;

**THENCE:** S 44°42'59" E, departing the west line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract and the east line of said Eva Alvarez and Maria Luisa R. Arredondo tract, over and across said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract and said Share 21-A, a distance of 156.83 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5042-4=RGV-RGC-5043-2" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract, the east line of said Share 21-A, the west line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the west line of said Share 20;

**THENCE:** S 17°53'12" W, along the east line of said Felipe Adan Alvarez and Maria Luisa R. Arredondo tract, the east line of said Share 21-A, the west line of said unknown heirs of Patricia Barrera De Fierros and Adan Muniz tract and the west line of said Share 20, a distance of 225.27 feet to the **POINT OF BEGINNING** and containing 0.720 acres (31,365 square feet) parcel of land, more or less.

# SCHEDULE D

## SCHEDULE D

MAP or PLAT
LAND TO BE CONDEMNED



## SCHEDULE D (cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-5042-1=RGV-RGC-5043-1 | 16665639.903 | 846116.262 |
| RGV-RGC-5042-2=RGV-RGC-5081-4 | 16665751.338 | 846005.924 |
| RGV-RGC-5042-3=RGV-RGC-5081-3 | 16665965.723 | 846075.104 |
| RGV-RGC-5042-4=RGV-RGC-5043-2 | 16665854.280 | 846185.449 |

**LEGEND**

- ORSC  OFFICIAL RECORDS OF STARR COUNTY
- DRSC  DEED RECORDS OF STARR COUNTY
- DOC.  DOCUMENT
- NO.   NUMBER
- VOL.  VOLUME
- PG.   PAGE
- POB   POINT OF BEGINNING
- POC   POINT OF COMMENCING
- ●     SET 5/8" REBAR W/ "B&F" CAP AS NOTED
- ⊙     FOUND MONUMENT AS NOTED
- ⊙^CP  COMPUTED POINT
- ▬▬▬   ACQUISITION AREA BOUNDARY
- —x—x— FENCE LINE
- —PL—  PROPERTY LINE

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN APRIL 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

METES & BOUNDS SURVEY
FELIPE ADAN ALVAREZ & MARIA LUISA R. ARREDONDO
TRACT No. RGV-RGC-5042
STARR COUNTY  TEXAS

Drawing Ref. No. SHEET 5 OF 6

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 05/20 |
| Checked | DWB | 05/20 |
| Surveyor | JJB | 03/20 |
| Fld.Bk. # | 19888-T6-B5 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D (cont.)



Tract: RGV-RGC-5042
Owner: Felipe Adan Alvarez, et al
Acreage: 0.720

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-5042
Owner: Felipe Adan Alvarez, et al
Acres: 0.720

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyance recorded with Official Records of Starr County, Texas, document number 2014-320106, and 1959-51053, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (cont.)



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE THOUSAND, FIVE HUNDRED DOLLARS AND NO/100 ($1,500.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Felipe Adan Alvarez** | **RGV-RGC-5042**<br>Warranty Deed, Document #00320106; Recorded October 6, 2014, Volume 1428, Page 140, Deed Records of Starr County. |
| **Maria Luisa Arredondo** | **RGV-RGC-5042**<br>Warranty Deed, Instrument #51053, Recorded June 19, 1959, Volume 246, Page 277, Deed Records of Starr County. |
| **Unknown Heirs of Norberto Arredondo** | **RGV-RGC-5042**<br>C/C Final Decree of Partition, Cause #1780, dated March 1, 1936, recorded in Volume 88, Page 361, Deed Records of Starr County. |
| **Ameida Salinas**<br>**Starr County Tax Assesor-Collector**<br>100 N FM 3167, Ste 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-5042**<br>**Starr County Tax Assessor** |